IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Virgil | Case Number:  04 B 31134 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/26/08 | Filed:  8/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: February 1, 2008
Confirmed: November 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,736.38 | |
| Secured: | | 0.00 |
| Unsecured: | | 10,352.57 |
| Priority: | | 0.00 |
| Administrative: | | 1,600.00 |
| Trustee Fee: | | 611.43 |
| Other Funds: | | 1,172.38 |
| Totals: | 13,736.38 | 13,736.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 1,600.00 | 1,600.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 4. | National Capital Management | Unsecured | 222.28 | 731.71 |
| 5. | Portfolio Recovery Associates | Unsecured | 195.36 | 643.04 |
| 6. | Arrow Financial Services | Unsecured | 245.57 | 808.33 |
| 7. | Capital One | Unsecured | 175.86 | 578.92 |
| 8. | OSI Portfolio Services | Unsecured | 42.32 | 139.30 |
| 9. | RMI/MCSI | Unsecured | 2,263.65 | 7,451.27 |
| 10. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 11. | Medical Collections | Unsecured | | No Claim Filed |
| 12. | American Collection Corp | Unsecured | | No Claim Filed |
| 13. | CCA | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,745.04 | $ 11,952.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 64.84 |
| 4% | 23.08 |
| 3% | 69.81 |
| 5.5% | 168.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Harris, Virgil

Printed:  2/26/08

Case Number:  04 B 31134

Judge:  Wedoff, Eugene R

Filed:  8/20/04

| | |
|---|---|
| 5% | 56.70 |
| 4.8% | 100.93 |
| 5.4% | 128.02 |
| | _____ |
| | $ 611.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:



_____